# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALLISON, CURTIS, KINGSLEY, MEOZ, MICHAEL & SANCHEZ, D/B/A COMPREHENSIVE CANCER CENTERS OF NEVADA, A NEVADA PROFESSIONAL CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MARK R. DENTON, DISTRICT JUDGE,
Respondents,
and
EDGAR A. FAYLONA, M.D., AN INDIVIDUAL; GILBERT NYAMUSWA, M.D., AN INDIVIDUAL; RUSSELL P. GOLLARD, M.D., AN INDIVIDUAL; MCKESSON CORP., A CALIFORNIA CORPORATION; US ONCOLOGY, INC., A DELAWARE CORPORATION; AND RMCC CANCER CENTER, LLC, A DELAWARE LIMITED LIABILITY COMPANY,
Real Parties in Interest.

No. 78083

FILED

MAR 1 ? 2?9

ELIZ?BETH A. ? ?N
CLERK OF S?PRE? ?OURT
BY_____
DEPUTY CL??K

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order denying a motion to consolidate two actions. Having considered the petition and supporting documents, we are not convinced that petitioners have met their burden of demonstrating that our intervention is warranted, *see Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004), and therefore, we decline to exercise our

19-11557

discretion in this matter. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Mark R. Denton, District Judge
Kolesar & Leatham, Chtd.
Pisanelli Bice, PLLC
Gewerter & Dowling
Hymanson & Hymanson
Eighth District Court Clerk